IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND ROMERO, <br><br>  Plaintiff(s), <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE <br>   DEPARTMENT, *et al.*, <br><br>  Defendant(s), | 2:10-cv-537-RLH-RJJ <br><br> **SETTLEMENT CONFERENCE** <br><br> **ORDER** |

     This case is currently stacked on the calendar of  NOVEMBER 14, 2011  for a jury trial.

     ACCORDINGLY, IT IS ORDERED that this case is hereby referred to Magistrate Judge   ROBERT J. JOHNSTON   for a settlement conference.

DATED this  1st  day of  June ,  2011 .

                                                    ROGER L. HUNT <br>
                                                    UNITED STATES DISTRICT JUDGE