Original

**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND ROMERO,<br><br>    Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER RICARDO LARA, individually and in his official capacity; OFFICER JOEY HERNANDEZ, individually and in his official capacity; DOES III through X, DOES XI through XX,,<br><br>    Defendants. | Case No: 2:10-cv-00537-RLH-RJJ |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants Ofc. Ricardo Lara, Ofc. Joey Hernandez and Las Vegas Metropolitan Police Department, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Raymond Romero, by and through his counsel of record, Emily McFarling Benson, Esq., of the Law Office of Emily McFarling Benson, LLC, that the above-referenced matter be dismissed with prejudice as to all parties.

///

///

///

///

///

///

M&A:05166-411 1509581_1.DOC 12/12/2011 5:01 PM

Each party shall bear their own costs and attorney fees.

IT IS SO STIPULATED this ___ day of December, 2011.

| MARQUIS AURBACH COFFING | LAW OFFICE OF EMILY MCFARLING BENSON, LLC |
|---|---|
| By: /s/ Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: /s/ Emily McFarling Benson<br>Emily McFarling Benson, Esq.<br>Nevada Bar No. 8567<br>2800 W. Sahara Ave., #6G<br>Las Vegas, NV 89102<br>Attorney for Plaintiff |

## ORDER

IT IS SO ORDERED this 15th day of December, 2011, that all parties are dismissed with prejudice from Case No. 2:10-cv-00537-RLH-RJJ.

Dated this 15th day of December, 2011.

_____
Roger L. Hunt
United States District Judge